# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

October 21, 2021

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *U.S. v. Aaron Starks*
                        **21 Cr. 499 (PAE)**

Dear Judge Engelmayer:

      I represent Aaron Starks, the defendant in the above-referenced matter. On August 10, 2021, Mr. Starks was released on a $150,000 bond, co-signed by 3 financially responsible persons with home incarceration and location monitoring. The purpose of this letter is to respectfully request a modification of Mr. Starks bond conditions. Specifically, it is respectfully requested that the condition of home incarceration be modified to home detention so that Mr. Starks may obtain employment. Mr. Starks pre-trial services officer suggested to counsel that his bond be modified to home detention so that Mr. Starks can obtain employment and leave the house for errands with permission from his officer. Additionally, it is requested that the Court permit Mr. Starks to travel to the Department of Motor Vehicles ("DMV") on October 25, 2021, for an appointment to renew his I.D. at 4:15 p.m. Both the Government and Pre-trial Services consent to these requests. Accordingly, it is respectfully requested that the Court modify Mr. Starks bond conditions from home incarceration to home detention and that he be permitted to travel to the DMV on October 25, 2021.

The Court's time and consideration of this matter is greatly appreciated.

                                                                 Respectfully submitted,

                                                                              / s /

                                                                Margaret M. Shalley

cc:    AUSA Kedar Bhatia
       USPSO Jonathan Lettieri
       (*via ECF and email*)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 68.

                                                            10/21/2021

SO ORDERED.

                                          *Paul A. Engelmayer*
                                   _____
                                   PAUL A. ENGELMAYER
                                   United States District Judge