# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 24, 2022

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: **U.S. v. Aaron Starks**
            **21 Cr. 499 (PAE)**

Dear Judge Engelmayer:

    I represent Aaron Starks, the defendant in the above-referenced matter. On August 10, 2021, Mr. Starks was released on a $150,000 bond, co-signed by 3 financially responsible persons with home incarceration and location monitoring. On October 21, 2021, Mr. Starks' bond conditions were modified from home incarceration to home detention. The purpose of this letter is to respectfully request a modification of Mr. Starks bond conditions. Specifically, it is respectfully requested that the Court permit Mr. Starks one day a week out, from 1:00 p.m. to 8:00 p.m., to spend time with his daughter with prior approval from Pre-trial Services. Neither the Government nor Pre-trial Services objects to this modification. Accordingly, it is respectfully requested that the Court modify Mr. Starks bond conditions and permit him time out of his home, from 1:00 p.m. to 8:00 p.m., one day a week.

    The Court's time and consideration of this matter is greatly appreciated.

                          Respectfully submitted,

                          / s /

                        Margaret M. Shalley

**GRANTED.** The Clerk of Court is requested to terminate the motion at DKk. No. 120.

2/24/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge