# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 2, 2022

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

         Re: ***U.S. v. Aaron Starks***
            **21 Cr. 499 (PAE)**

Dear Judge Engelmayer:

  I represent Aaron Starks, the defendant in the above-referenced matter. On August 10, 2021, Mr. Starks was released on a $150,000 bond, co-signed by 3 financially responsible persons with home incarceration and location monitoring. On October 21, 2021, Mr. Starks' bond conditions were modified from home incarceration to home detention. The purpose of this letter is to respectfully request a modification of Mr. Starks bond conditions. Specifically, it is requested that the Court permit Mr. Starks to travel to Freehold, New Jersey on Friday, March 4, 2022, from 7:00 p.m. to 11:30 p.m. Mr. Starks and his wife started a 360° Photo Booth Business and have been hired to provide services at a Sweet 16 party located at 17 South Street, Freehold, New Jersey on Friday. Mr. Starks' Pretrial Services Officer has previously permitted him to attend events in New York. Neither the Government nor Pre-trial Services object to this modification. Accordingly, it is respectfully requested that the Court modify Mr. Starks bond conditions and permit him to travel to Freehold, New Jersey, on Friday, March 4, 2022.

The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: AUSA Kedar Bhatia
USPSO Jonathan Lettieri
(*via ECF and email*)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 122.

3/2/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge