# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 4, 2022

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   ***U.S. v. Aaron Starks***
      **21 Cr. 499 (PAE)**

Dear Judge Engelmayer:

I represent Aaron Starks, the defendant in the above-referenced matter.  On August 10, 2021, Mr. Starks was released on a $150,000 bond, co-signed by 3 financially responsible persons with home incarceration and location monitoring.  On October 21, 2021, Mr. Starks' bond conditions were modified from home incarceration to home detention.  The purpose of this letter is to respectfully request a modification of Mr. Starks bond conditions.  Specifically, it is requested that the Court permit Mr. Starks to travel to Hoboken, New Jersey to participate in the training program for his new job.  Mr. Starks recently obtained employment with Citi Bike and has training for his new position next week in Hoboken, New Jersey, from Monday, May 9, 2022, through Friday, May 13, 2022.  Neither the Government nor Pre-trial Services object to this modification. Accordingly, it is respectfully requested that the Court modify Mr. Starks bond conditions and permit him to travel to Hoboken, New Jersey, from May 9, 2022, through May 13, 2022.  The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/  s  /

Margaret M. Shalley

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 138.

5/4/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge