# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

October 1, 2022

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Aaron Starks*
      **21 Cr. 499 (PAE)**

Dear Judge Engelmayer:

     I represent Aaron Starks, the defendant in the above-referenced matter. Sentencing in this matter is currently scheduled for October 18, 2022. The purpose of this letter is to respectfully request a 75-day adjournment of the sentencing. Counsel has not yet received letters from Mr. Starks' family and friends, which are to be included in the sentencing submission. An adjournment of 75 days would provide sufficient time for counsel to receive those documents and prepare and review the submission with Mr. Starks. This is the first request for an adjournment of the sentencing and the Government does not object to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 75 days, to the week of January 9, 2023, or a date that is convenient to the Court.

     The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

**GRANTED IN PART**. Sentencing is adjourned to November 3, 2022 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 215.

SO ORDERED.

10/3/2022

PAUL A. ENGELMAYER
United States District Judge