# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

December 14, 2022

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: *U.S. v. Aaron Starks*
           21 Cr. 499 (PAE)

Dear Judge Engelmayer:

  I represent Aaron Starks, the defendant in the above-referenced matter. On August 10, 2021, Mr. Starks was released on a $150,000 bond, co-signed by 3 financially responsible persons with home incarceration and location monitoring. On October 21, 2021, Mr. Starks' bond conditions were modified from home incarceration to home detention and on June 29, 2022, Mr. Starks' bond conditions were modified from home detention to curfew set by Pretrial Services. The purpose of this letter is to respectfully request a modification of Mr. Starks bond conditions. Specifically, it is requested that the Court permit Mr. Starks to spend New Year's Eve, and his grandmother's 83rd birthday, with his family at his grandmother's house in the Bronx. He would travel to his grandmother's house at 6:00 p.m. on December 31, 2022, and would arrive back home on January 1, 2023, by 3:00 p.m. Mr. Starks will provide the exact address to his Pretrial Officer. Neither the Government nor Pretrial Services object to this request. Accordingly, it is respectfully requested that the Court modify Mr. Starks bond conditions and permit him to spend New Year's Eve with his family at his grandmother's house.

The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: AUSA Kedar Bhatia
USPSO Jonathan Lettieri
(*via ECF and email*)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 295.

12/15/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2